```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 06618
    JACQUELINE M DOCHEE
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-5236


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 03/20/2008 and was not confirmed.

    The case was dismissed without confirmation 06/23/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
------------------------------------------------------------------------------
AMERICAN HONDA FINANCE C SECURED VEHIC    23595.00            .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE    25488.13            .00            .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG         .00            .00            .00
COUNTRYWIDE HOME LOANS   NOTICE ONLY    NOT FILED            .00            .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER      665.12            .00            .00
BANK OF NEW YORK         NOTICE ONLY    NOT FILED            .00            .00
AMERICAN HONDA FINANCE C UNSEC W/INTER     6987.59            .00            .00
NICOR GAS                NOTICE ONLY    NOT FILED            .00            .00
NICOR GAS                UNSEC W/INTER  NOT FILED            .00            .00
STARKS & BOYD PC         DEBTOR ATTY      2,974.00                          .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                                    .00
DEBTOR REFUND                                           .00
                         ---------------        ---------------
TOTALS                        .00                       .00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 06618 JACQUELINE M DOCHEE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/24/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```